IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HESCO BASTION LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>ACS HOLDINGS USA, LLC,<br><br>Defendant. | )<br>)<br>)<br>) C.A. No. _____<br>)<br>)<br>)<br>)<br>) |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Hesco Bastion Limited hereby files its Corporate Disclosure Statement. Hesco Bastion Limited has no parent corporation, and there is no publicly held corporation that owns 10% or more of Hesco Bastion Limited's stock.

OF COUNSEL:

Richard J. Oparil
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037
(202) 457-6000

Scott Chambers, Ph.D.
Kevin M. Bell
PATTON BOGGS, LLP
8484 Westpark Drive, Ninth Floor
McLean, Virginia 22102
(703) 744-8000

Dated: May 5, 2008
863005 / 32869

POTTER ANDERSON & CORROON LLP

By: _/s/ Richard L. Horwitz_
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@pottersanderson.com

*Attorneys for Plaintiff*
*Hesco Bastion Limited*