IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HESCO BASTION LIMITED | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 08-266-GMS |
| | ) | |
| ACS HOLDINGS USA, LLC | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT ACS HOLDINGS USA, LLC TO RESPOND TO THE COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the deadline, presently set for May 27, 2008, by which defendant ACS Holdings USA, LLC shall answer, move, or otherwise plead in response to the complaint in the above action is extended through and including June 26, 2008.

Such extension is sought in good faith and required as Defendant's attorneys have very recently been retained in this action, and require appropriate time to review the allegations in the complaint and analyze the patents-in-suit. Additionally, the majority of Defendant's management personnel are located in Columbia, South America, and as such communications have been delayed.

| POTTER ANDERSON & CORROON, LLP | GREENBERG TRAURIG, LLP |
|---|---|
| /s/ Richard L. Horwitz | /s/ Titania Mack Parker |
| Richard L. Horwitz (I.D. #2246) | Michael J. Maimone (I.D. #3592) |
| David E. Moore (I.D. #3983) | Titania Mack Parker (I.D. #4120) |
| Hercules Plaza, 6th Floor | The Nemours Building |
| 1313 N. Market Street | 1007 North Orange Street, Suite 1200 |
| Wilmington, Delaware 19899 | Wilmington, DE 19801 |
| 302-984-6000 | 302-661-7000 |
| *Attorneys for Plaintiff,* | *Attorneys for Defendant,* |
| *Hesco Bastion Limited* | *ACS Holdings USA, LLC* |

SO ORDERED this _____ day of _____, 2008.

_____
United States Judge