IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HESCO BASTION LIMITED | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 08-266-GMS |
| | ) | |
| ACS HOLDINGS USA, LLC | ) | |
| | ) | **JURY TRIAL** |
| Defendant. | ) | **DEMANDED** |
| | ) | |
| ACS HOLDINGS USA, LLC | ) | |
| | ) | |
| Counterclaim Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HESCO BASTION LIMITED | ) | |
| | ) | |
| Counterdefendant. | ) | |

## DEFENDANT ACS HOLDINGS USA, LLC RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant ACS Holdings USA, LLC ("ACS") files this Rule 7.1 Statement.

ACS is not the subsidiary of any corporation. There is no publicly held company that owns 10% or more of ACS's stock.

Dated: June 26, 2008

                **GREENBERG TRAURIG, LLP**

                */s/ Titania Mack Parker*
                Michael J. Maimone (#3592)
                *maimonem@gtlaw.com*
                Titania Mack Parker (#4120)
                *parkertm@gtlaw.com*
                1007 North Orange Street, Suite 1200
                Wilmington, Delaware 19801
                Telephone: (302) 661-7000
                Facsimile: (302) 661-7360

                *Attorneys for Defendant*

Of Counsel:

Mark L. Hogge (to be admitted *Pro Hac Vice*)
Steven J. Wadyka, Jr. (to be admitted *Pro Hac Vice*)
Shailendra Maheshwari (to be admitted *Pro Hac Vice*)
GREENBERG TRAURIG, LLP
2101 L Street, NW, Suite 1000
Washington, DC 200037
(202) 331-3100
(202) 331-3101 (f)