IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HESCO BASTION LIMITED ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 08-266-GMS |
| ) | |
| ACS HOLDINGS USA, LLC ) | |
| ) | |
| Defendant. ) | |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Mark L. Hogge, Esquire, of the law firm of Greenberg Traurig, LLP, to represent Defendant, ACS Holdings USA, LLC.

Dated: June 27, 2008

Michael J. Maimone (No. 3592)
Titania Mack Parker (No. 4120)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Tel.: (302) 661-7000

*Attorneys for Defendant, ACS Holdings USA, LLC*

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am admitted, practicing, and in good standing as a member of the Bar of the State of Virginia, the District of Columbia, the U.S. District Courts for the District of Columbia, Eastern District of Virginia, District of Maryland, Western District of Wisconsin, Eastern District of Michigan, the U.S. Court of Appeals for the Fourth, Eighth, Tenth, D.C. and Federal Circuits and the U.S. Supreme Court. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Mark L. Hogge
Greenberg Traurig, LLP
2101 L Street, N.W., Suite 1000
Washington, D.C. 20037

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: June __, 2008

_____
United States District Court Judge