IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HESCO BASTION LIMITED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 08-266-GMS |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| ACS HOLDINGS USA, LLC, ) | |
| ) | |
| Defendant. ) | |

## REPLY TO COUNTERCLAIM

Plaintiff, Hesco Bastion Limited ("Hesco"), by counsel, replies to the counterclaims of defendant, ACS Holdings USA, LLC ("ACS") (DI 8).

75. The allegations in counterclaim ¶ 75 are conclusions of law to which no response is required. To the extent a response is required, admitted.

76. The allegations in counterclaim ¶ 76 are conclusions of law to which no response is required. To the extent a response is required, admitted.

77. The allegations in counterclaim ¶ 77 are conclusions of law to which no response is required. To the extent a response is required, admitted.

78. The allegations in counterclaim ¶ 78 are conclusions of law to which no response is required. To the extent a response is required, admitted.

## COUNTERCLAIM I
**(Declaratory Judgment of Non-Infringement and Invalidity of the '970 Patent)**

79. The foregoing responses are incorporated by reference.

80. Denied.

81. Denied.

## COUNTERCLAIM II
**(Declaratory Judgment of Non-Infringement and Invalidity of the '297 Patent)**

82. The foregoing responses are incorporated by reference.

83. Denied.

84. Denied.

## COUNTERCLAIM III
**(Cancellation of the MIL Registration - Lanham Act §§ 14, 37; 15 U.S.C. §§ 1064, 1119)**

85. The foregoing responses are incorporated by reference.

86. Denied.

87. Denied.

88. Denied.

89. Denied.

90. Denied.

91. Denied.

## DEFENSES

Hesco sets forth the following defenses and reserves the right to assert additional defenses and claims if their existence is established through discovery or investigation:

1. ACS' counterclaims fail to state a claim upon which relief can be granted.

2. ACS' counterclaims are barred by laches, waiver, estoppel, and unclean hands.

3. ACS' counterclaims are barred in that any damage or injury to ACS was caused by ACS' own actions and/or conduct.

4. ACS' counterclaims are barred by assumption of the risk.

5. ACS' counterclaims are barred by fraud, as set forth in Count IV of the Complaint.

6.  ACS' counterclaims are barred by the Noerr-Pennington doctrine.

## REQUEST FOR RELIEF

Hesco respectfully requests that this Court enter judgment against ACS and grant the following relief:

a.  enter judgment denying any and all relief requested by ACS in its counterclaim, and dismissing the counterclaim with prejudice;

b.  declare that ACS has infringed the '970 and '297 patents and that the '970 and '297 patents are not invalid;

c.  declare that this case is an exceptional case under 35 U.S.C. § 285 and award Hesco reasonable attorneys' fees and costs;

d.  declare that ACS has infringed Hesco's "MIL" trademark registration and that the "MIL" registration is neither generic nor invalid;

e.  award costs pursuant to Fed. R. Civ. P. 54(d) or otherwise provided by law; and

f.  such other relief as the Court deems just and appropriate.

## JURY DEMAND

Hesco hereby demands a trial by jury on all issues so triable.

OF COUNSEL:

Richard J. Oparil
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037
Tel: (202) 457-6000

Scott Chambers, Ph.D.
Kevin M. Bell
PATTON BOGGS, LLP
8484 Westpark Drive, Ninth Floor
McLean, Virginia 22102
Tel: (703) 744-8000

Dated: July 9, 2008
873134 / 32869

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19899
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Plaintiff Hesco Bastion Limited*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on July 9, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on July 9, 2008, I have Electronically Mailed the document to the following person(s):

Michael J. Maimone
Titania Mack Parker
GREENBERG TRAURIG, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE  19801
maimonem@gtlaw.com
mackt@gtlaw.com

Mark L. Hogge
Steven J. Wadyka, Jr.
Shailendra K. Maheshwari
GREENBERG TRAURIG, LLP
2101 L Street, NW, Suite 1000
Washington, DC  200037
hoggem@gtlaw.com
wadykas@gtlaw.com
maheshwaris@gtlaw.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

871623/32869