IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HESCO BASTION LIMITED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 08-266-GMS |
| v. | ) |
| | ) |
| ACS HOLDINGS USA, LLC, | ) |
| ACS CONTRACTING SERVICES LTDA., | ) |
| and ARQUITECSA LTDA., | ) |
| | ) |
| Defendants. | ) |

## REQUEST TO CLERK TO ENTER DEFAULT

Pursuant to Fed. R. Civ. P. 55(a), plaintiff, Hesco Bastion Limited ("Hesco"), respectfully requests that the Clerk enter a default against defendant, Arquitecsa Ltda., for failure to answer the amended complaint served on July 7, 2009. (D.I. 61). This request is supported by the attached declaration of Richard J. Oparil.

OF COUNSEL:

Richard J. Oparil
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037
Tel: (202) 457-6000

Scott Chambers, Ph.D.
Kevin M. Bell
William John McKeague, Ph.D.
PATTON BOGGS, LLP
8484 Westpark Drive, Ninth Floor
McLean, Virginia 22102
Tel: (703) 744-8000

Dated: August 6, 2009
927842/ 32869

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    D. Fon Muttamara-Walker (#4646)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19899
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com
    fmuttamara-walker@potteranderson.com

*Attorneys for Plaintiff*
*Hesco Bastion Limited*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on August 6, 2009, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on August 6, 2009, the attached document was Electronically Mailed to the following person(s):

Michael J. Maimone
Titania Mack Parker
Gregory E. Stuhlman
GREENBERG TRAURIG, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
maimonem@gltlaw.com
mackt@gtlaw.com
stuhlmang@gtlaw.com

Mark L. Hogge
Steven J. Wadyka, Jr.
Shailendra K. Maheshwari
GREENBERG TRAURIG, LLP
2101 L Street, NW, Suite 1000
Washington, DC 200037
hoggem@gtlaw.com
wadykas@gtlaw.com
maheshwaris@gtlaw.com

/s/ *David E. Moore*
Richard L. Horwitz
David E. Moore
D. Fon Muttamara-Walker
Potter Anderson & Corroon LLP
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
fmuttamara-walker@potteranderson.com

871623 / 32869