IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HESCO BASTION LIMITED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 08-266-GMS |
| v. | ) |
| | ) |
| ACS HOLDINGS USA, LLC, | ) |
| ACS CONTRACTING SERVICES LTDA., | ) |
| and ARQUITECSA LTDA., | ) |
| | ) |
| Defendants. | ) |

### DECLARATION OF RICHARD J. OPARIL

I, Richard J. Oparil, hereby declare as follows:

1. I have personal knowledge of the facts set forth herein and could competently testify if required to do so.

2. I am a member of the Bars of the District of Columbia and the State of New York and am admitted *pro hac vice* in this action as counsel for plaintiff, Hesco Bastion Limited ("Hesco").

3. The summons and amended complaint in this action was served on defendant, Arquitecsa Ltda. ("Arquitecsa") on July 7, 2009. (D.I. 61).

4. Arquitecsa did not timely answer the amended complaint by July 27, 2009.

5. Based on the foregoing and pursuant to Fed. R. Civ. P. 55(a), Hesco respectfully requests that the Clerk enter a default against Arquitecsa.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and accurate.

Dated: August 6, 2009         */s/ Richard J. Oparil*
                              Richard J. Oparil

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on August 6, 2009, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on August 6, 2009, the attached document was Electronically Mailed to the following person(s):

Michael J. Maimone
Titania Mack Parker
Gregory E. Stuhlman
GREENBERG TRAURIG, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
maimonem@gltlaw.com
mackt@gtlaw.com
stuhlmang@gtlaw.com

Mark L. Hogge
Steven J. Wadyka, Jr.
Shailendra K. Maheshwari
GREENBERG TRAURIG, LLP
2101 L Street, NW, Suite 1000
Washington, DC 200037
hoggem@gtlaw.com
wadykas@gtlaw.com
maheshwaris@gtlaw.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
D. Fon Muttamara-Walker
Potter Anderson & Corroon LLP
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
fmuttamara-walker@potteranderson.com

871623 / 32869